1014

[No. 74248-5-I.   Division One.   June 5, 2017.]

*In the Matter of the Detention of* JAMES TAYLOR TURNER.

Appeal from a judgment of the Superior Court for King County, No. 14-2-23665-4, Laura C. Inveen, J., entered November 5, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler and Dwyer, JJ.

[No. 74344-9-I.   Division One.   June 5, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. BRODERICK RAY YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 11-1-00679-3, Susan K. Cook, J., entered November 13, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Appelwick and Dwyer, JJ.

[No. 74547-6-I.   Division One.   June 5, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. VINOD CHANDRA RAM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-05496-0, Timothy A. Bradshaw, J., entered December 22, 2016. *Affirmed* by unpublished opinion per Cox, J., concurred in by Trickey, A.C.J., and Appelwick, J.

[No. 74663-4-I.   Division One.   June 5, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. CORTNEY JAMES STAHL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-04539-0, Catherine D. Shaffer, J., entered January 29, 2016. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Trickey, A.C.J., and Cox, J.